IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM D. JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-13-D |
| | ) |
| STATE OF OKLAHOMA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 7] issued under 28 U.S.C. § 636(b)(1)(B). United States Magistrate Judge Amanda Maxfield Green recommends the denial of Petitioner's Application for Leave to Proceed In Forma Pauperis [Doc. No. 6] and dismissal of the Petition if Petitioner does not pay the required filing fee within 21 days of an order adopting the R&R.

Within the deadline set by Judge Green, Petitioner has filed a *pro se* Objection [Doc. No. 8]. Petitioner does not object to the denial of his Application and admits that his institutional account holds sufficient funds to pay the $5.00 filing fee. Petitioner instead requests an extension of time to pay the fee because he has already submitted the paperwork for a disbursement of funds from his account and the Oklahoma Department of Corrections has not sent the required payment. Under these circumstances, the Court finds that the Objection presents no issue for decision because Judge Green simply recommends the issuance of an order requiring a $5.00 payment. The deadline for receipt of the payment by the Clerk will be set by this Order.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 7] is **ADOPTED**. Petitioner's Application for Leave to Proceed In Forma Pauperis [Doc. No. 6] is **DENIED**. Petitioner is directed to file the $5.00 filing fee for his Petition within 21 days from the date of this Order.

**IT IS FURTHER ORDERED** that the case is re referred to Judge Green for further proceedings consistent with the initial case referral [Doc. No. 3].

**IT IS SO ORDERED** this 16th day of February, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge